**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    SEALED INDICTMENT
                                  :
          - v. -                  :    S1 12 Cr. 847 (PGG)
                                  :
MICHAEL VANHISE,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/13

COUNT ONE

The Grand Jury charges:

1.  From at least in or about January 2012, up to and including on or about October 25, 2012, in the Southern District of New York and elsewhere, MICHAEL VANHISE, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1201.

2.  It was a part and an object of the conspiracy that MICHAEL VANHISE, the defendant, and others known and unknown, would unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise, a person, and use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the kidnapping, in violation of Title 18, United States Code, Section 1201.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about February 28, 2012, MICHAEL VANHISE, the defendant, using electronic mail, communicated with a co-conspirator not named as a defendant herein ("CC-1"), about kidnapping an identified woman (the "Victim") in exchange for United States currency.

b. On or about March 1, 2012, CC-1 was present on the block in Manhattan on which the Victim's apartment building is located.

(Title 18, United States Code, Section 1201(c).)

_____          _____
FOREPERSON                          PREET BHARARA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL VANHISE,

Defendant.

INDICTMENT

S1 12 Cr. 847 (PGG)

(Title 18 United States Code, Section 1201(c).)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

1/31/13 - Filed Indictment.
*ae*
        Judge Francis
        US MJ