# THE LAW OFFICE OF ELIZABETH E. MACEDONIO

------------------------------------------------ ATTORNEY AT LAW ------------------------------------------------

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/13
```

May 9, 2013

**Via Facsimile**

Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: <u>United States v. Michael Van Hise</u>
12 Cr. 847 (PGG)

Dear Judge Gardephe:

Pursuant to the Criminal Justice Act, this letter is written seeking the Court's authorization to establish a formal budget in the above referenced matter. As Your Honor is fully aware of the complexities of the case and the vast amount of discovery having presided over the trial of co-defendant Gilberto Valle, I will not detail the same unless the Court requests that I do so.

I have spoken with Jerry Tritz, the budgeting attorney for the Second Circuit. Given the nature of the fact pattern and the amount of discovery, Mr. Tritz advises that the case meets the criteria for a budget to be established.

Should the Court need further information, I will be happy to supply it. I thank Your Honor for his consideration in this matter.

Respectfully submitted,

Elizabeth E. Macedonio

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: May 29, 2013