UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL VAN HISE, ROBERT CHRISTOPHER ASCH, and RICHARD MELTZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 8, 2013

**ORDER**

S4 12 Cr. 847 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will file any response to Defendant Van Hise's supplemental memorandum of law in support of his motion for a severance by October 18, 2013. The Government's opposition to Asch and Meltz's pre-trial motions is due by November 1, 2013. Asch and Meltz's replies, if any, are due by November 15, 2013

It is hereby ORDERED that trial in this matter will commence on February 24, 2014, at 9:00 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The parties' motions in limine, requested voir dire, and requests to charge are due on January 17, 2014. Responsive papers, if any, are due on January 31, 2014.

Dated: New York, New York
       October 8, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge