UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL VANHISE, ROBERT CHRISTOPHER ASCH, and RICHARD MELTZ,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 24, 2013

**ORDER**

S4 12 Cr. 847 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court will hold a conference in the above-referenced matter on Friday, November 8, 2013 at 2:30 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    October 24, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge