USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL VAN HISE,

Defendant.

**ORDER**

(S4) 12 Cr. 847 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant presently scheduled for November 12, 2014, is adjourned to **December 17, 2014 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of the Defendant is due **December 3, 2014**, and any response by the Government is due **December 10, 2014**.

Dated: New York, New York
        October 29, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge